*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  December 8, 2016                522845
_____

In the Matter of JEROME
    ANDERSON,
                        Petitioner,

        v                                   MEMORANDUM AND JUDGMENT

DONALD VENETTOZZI, as Acting
    Director of Special Housing
    and Inmate Disciplinary
    Programs,
                        Respondent.
_____

Calendar Date:  October 25, 2016

Before:  Peters, P.J., McCarthy, Lynch, Devine and Aarons, JJ.

_____

        Jerome Anderson, Comstock, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J. Mastracco of counsel), for respondent.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating certain prison disciplinary rules.

        Petitioner commenced this CPLR article 78 proceeding to challenge a tier III determination finding him guilty of violating certain prison disciplinary rules.  The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to petitioner's inmate account.

We note that the loss of good time incurred by petitioner as a result of the disciplinary determination also should be restored (see Matter of Lawrence v Annucci, 141 AD3d 1063, 1063 [2016]). In view of this, and given that petitioner has been granted all the relief to which he is entitled, the petition must be dismissed as moot (see Matter of Rodriquez v Prack, 142 AD3d 1235 [2016]).  Petitioner requests that his $15 reduced filing fee be refunded, and the record establishes that he paid that amount (see Matter of Warmus v Kaplan, 133 AD3d 1026 [2015]).

Peters, P.J., McCarthy, Lynch, Devine and Aarons, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs, but with disbursements in the amount of $15.

ENTER:

Robert D. Mayberger
Clerk of the Court